THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
California Bar No. 156679
    U.S. Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, CA 90012
    Telephone: (213)894-2589
    Facsimile: (213)894-7177
    E-mail: Pio.Kim@usdoj.gov

**JS-6**

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 07-7009 ODW (AJWx) |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| $257,930.00 IN U.S. CURRENCY, | |
| Defendants. | |

    On November 5, 2007, plaintiff United States of America (the "government") filed the Complaint for Forfeiture in this action (the "Complaint"), seeking forfeiture of the defendant $257,930 in U.S. Currency pursuant to 18 U.S.C. § 981(a)(1)(C).  Claimant De Tam Truong filed a Claim and Answer, denying the government's allegations in the Complaint and claiming that he is the lawful owner of the defendant.

1 | The parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint states claims for relief pursuant to 18 U.S.C. § 981(a)(1)(C).

3. Notice of this action has been given as required by law. No appearance has been made in this action by any person other than claimant De Tam Truong, and the time to file claims and answers has expired. The Court deems that all other potential claimants admit the allegations of the Complaint to be true, and hereby enters default against all other potential claimants.

4. $100,000 of the defendant $257,930 in U.S. Currency shall be returned to claimant De Tam Truong through a check made payable to "De Tam Truong and The Law Offices of Vu V. Trinh Client Trust Account," to be mailed within 6 weeks of entry of this judgment. The check shall be mailed to Mr. Trinh at 1 City Blvd. West, Suite 825, Orange, California 92868.

5. The remaining $157,930 of the defendant $257,930 in U.S. Currency, together with any interest accrued on the defendant, shall be forfeited to the United States, which shall dispose of the same accordingly to law.

6. Claimant De Tam Truong hereby releases the United States

of America, the State of California, all counties, municipalities and cities within the State of California, and any of foregoing's agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the Santa Monica Police Department, and any of their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimant arising out of or related to this action or to the seizure or possession of the defendant.  The claimant represents and agrees that he has not assigned and is the rightful owners of such claims, causes of action and rights.

7.  Claimant De Tam Truong hereby agrees to hold harmless the United States of America, the State of California, all counties, municipalities and cities within the State of California, and any of their agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Bureau of Alcohol, Tobacco, Firearms, and the Santa Monica Police Department, and any of their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest, raised or asserted by a third party in connection with or related to the release of said $100,000 to the claimant.

8.  The Court finds that there was reasonable cause for the

seizure of the defendant and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

    9. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: December 9, 2008      _____
                                    UNITED STATES DISTRICT JUDGE

## CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: _____, 2006      THOMAS P. O'BRIEN
                                  United States Attorney
                                  CHRISTINE C. EWELL
                                  Assistant United States Attorney
                                  Chief, Criminal Division
                                  STEVEN R. WELK
                                  Assistant United States Attorney
                                  Chief, Asset Forfeiture Section

                                  _____
                                  PIO S. KIM
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

DATED: _____, 2008      _____
                                  DE TAM TRUONG
                                  Claimant

Approved as to form and content.

DATED: _____, 2008      _____
                                  VU V. TRINH
                                  Attorney for claimant
                                  De Tam Truong